Anna Y. Park, SBN 164242
Michael J. Farrell, SBN 266553
Amrita Mallik, SBN 249152
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Gregory L. McClinton, SBN 153553
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
300 Ala Moana Boulevard, Suite 7-127
Honolulu, Hawaii 96850
Telephone: (808) 541-3123
Facsimile: (808) 541-3398
E-Mail: Gregory.McClinton@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart Stores, Incorporated, dba Sam's Club, and DOES 1-10, Inclusive,<br><br>Defendants | Case No.: 1:09-CV-00804 OWW-GSA<br><br>**ORDER RE: JOINT REQUEST REGARDING EXTENSION FOR FILING OF PROPOSED CONSENT DECREE**<br><br>Current Due Date: January 17, 2011<br><br>Proposed Due Date: February 17, 2011<br><br>Hon. Oliver W. Wanger |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having considered the parties request to extend the due date for filing of their Proposed Consent Decree, and finding good cause,

**IT IS HEREBY ORDERED** that the parties have until February 17, 2011 by which to file their Proposed Consent Decree.

IT IS SO ORDERED.

Dated: **January 11, 2011**                **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE