Anna Y. Park, SBN 164242
Michael J. Farrell, SBN 266553
Amrita Mallik, SBN 249152
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> Wal-Mart Stores, Incorporated, dba Sam's Club, and DOES 1-10, Inclusive, <br><br> Defendants | Case No.:  1:09-CV-00804 OWW-GSA <br><br> **ORDER RE: JOINT REQUEST REGARDING EXTENSION FOR FILING OF PROPOSED CONSENT DECREE** <br><br> Current Due Date: February 17, 2011 <br><br> Proposed Due Date: March 17, 2011 <br><br> Hon. Oliver W. Wanger |

## ORDER

Having considered the parties request to extend the due date for filing of their Proposed Consent Decree, and finding good cause,

1   **IT IS HEREBY ORDERED** that the parties have until March 17, 2011 by
2   which to file their Proposed Consent Decree.

3

4

5   IT IS SO ORDERED.

6

7   Dated:   **February 16, 2011**                    **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28