1  Anna Y. Park, SBN 164242
   Michael J. Farrell, SBN 266553
2  Amrita Mallik, SBN 249152
3  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
4  255 East Temple Street, Fourth Floor
5  Los Angeles, CA 90012
   Telephone:  (213) 894-1083
6  Facsimile:  (213) 894-1301
7  E-Mail:  lado.legal@eeoc.gov

8  Attorneys for Plaintiff
9  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION

10

11 .            **UNITED STATES DISTRICT COURT**

12             **EASTERN DISTRICT OF CALIFORNIA**

13

14 U.S. EQUAL EMPLOYMENT          ) Case No.:  1:09-CV-00804 OWW-GSA
   OPPORTUNITY COMMISSION,        )
15                                )  **ORDER RE: JOINT REQUEST**
                                  )  **REGARDING EXTENSION FOR**
16         Plaintiff,             )  **FILING OF PROPOSED CONSENT**
                                  )  **DECREE**
17     v.                         )
                                  )
18                                )  Current Due Date: March 17, 2011
   Wal-Mart Stores, Incorporated, dba )
19 Sam's Club, and DOES 1-10, Inclusive, )  Proposed Due Date: April 7, 2011
20                                )
          Defendants             )  Hon. Oliver W. Wanger
21 _____ )

22                          **ORDER**

23

24

25     Having considered the parties request to extend the due date for filing of

26 their Proposed Consent Decree, and finding good cause,

27

28
                                  -1-

1      **IT IS HEREBY ORDERED** that the parties have until April 7, 2011 by

2 which to file their Proposed Consent Decree.

3

4

5

IT IS SO ORDERED.

6

7    Dated:  __**March 18, 2011**__              __**/s/ Oliver W. Wanger**__
                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28