Anna Y. Park, SBN 164242
Michael J. Farrell, SBN 266553
Amrita Mallik, SBN 249152
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart Stores, Incorporated, dba Sam's Club, and DOES 1-10, Inclusive,<br><br>Defendants | Case No.: 1:09-CV-00804 OWW-GSA<br><br>**ORDER RE: STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE OF THE EEOC'S §707 PATTERN OR PRACTICE CLAIM**<br><br>Hon. Oliver W. Wanger |

**ORDER**

Having considered the parties stipulated entry of dismissal of the EEOC's claim that Defendant engaged in a pattern or practice of discrimination in violation of Section 707 of Title VII, 42 U.S.C. § 2000e-6, and finding good cause,

-1-

-2-

**IT IS HEREBY ORDERED** that the EEOC's claim pursuant to Section 707 of Title VII, 42 U.S.C. § 2000e-6 in this matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **April 7, 2011**                             **/s/ Oliver W. Wanger**
                                                         UNITED STATES DISTRICT JUDGE