Anna Y. Park, SBN 164242
Michael J. Farrell, SBN 266553
Amrita Mallik, SBN 249152
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart Stores, Incorporated, dba Sam's Club, and DOES 1-10, Inclusive,<br><br>Defendants | Case No.: 1:09-CV-00804 OWW-GSA<br><br>**ORDER RE: JOINT REQUEST REGARDING EXTENSION FOR FILING OF PROPOSED CONSENT DECREE**<br><br>Hon. Oliver W. Wanger |

# ORDER

Having considered the parties request to extend the due date for filing of their Proposed Consent Decree, and finding good cause,

-1-

1  **IT IS HEREBY ORDERED** that the parties have five (5) days after this
2  Court's issuance of an Order regarding the Parties' Joint Stipulation filed on April
3  6, 2011 by which to file their Proposed Consent Decree.

IT IS SO ORDERED.

Dated:   **April 7, 2011**                      **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

-2-